GEORGE A. MESSICK and LAURA M. MESSICK, d. b. v. ROBERT
L. COULTER, p. b.

JUSTICE OF THE PEACE—CERTIORARI TO SET ASIDE EXECUTION ONLY NOT
DISMISSED; EXECUTION CANNOT STAND WITHOUT JUDGMENT AS BASIS.
. Where the justice did not give judgment for plaintiff according to the re-
port of referees, but issued execution on their finding, and defendants bring
certiorari only to set aside the execution, the writ will not be dismissed, but
the execution will be vacated and set aside for lack of judgment on which exe-
cution could issue.

(*May* 7,.1921.)

RICE and HEISEL, J. J., sitting.

*John M. Richardson* for defendant below.

*Andrew J. Lynch* for plaintiff below.

Superior Court for Sussex County, April Term, 1921.

CERTIORARI, No. 26, April Term, 1921.

Action before a justice of the peace by Robert L. Coulter
against George A. Messick and Laura M. Messick. Trial by re-
ferees, who made report under their hand in favor of the plaintiff.
The justice did not give judgment according to their report but
issued execution on their finding. Defendants bring certiorari.
Motion to dismiss certiorari denied, but execution vacated and
set aside.

The exceptions filed were to the effect that the justice issued
execution against the defendants without first having rendered a
judgment against them upon the report of the referees, as required
by the statute, *Rev. Code* 1915, § 4012.

The record disclosed that on March 16, 1921, the case was
tried by referees who found in favor of the plaintiff for $65.16 and
so returned in writing to the justice, which return is set out in the
record, but no judgment was entered thereon by the justice; that
on the same day the execution sought to be set aside was issued,
directed to the constable.

Counsel for plaintiff below moved that the certiorari be dis-
missed on the ground that it appeared from the record that no
judgment was entered by the justice. *Ruhl v. Cooper*, 6 *Pennewill*,
42, 63 *Atl.* 575; *Marker v. Collins*, 7 *Boyce*, 478, 108 *Atl.* 275.

Opposed to the motion, *Spear v. Hill,* 2 *Marv.* 150, 42 *Atl.* 424, was cited.

PER CURIAM. We are of the opinion the certiorari should not be dismissed.

In the cases cited by counsel for the motion the writ of certiorari was issued for the purpose of setting aside the judgment, but in this case the object of the writ is to set aside the execution only, as was done in *Spear v. Hill.* We decline to dismiss the writ. It appearing from the record that there was not a judgment upon which an execution could issue, execution issued in this case is vacated and set aside.